FILED

JUL 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN GOLINSKI,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,<br><br>    Defendants,<br><br> and<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>    Intervenor-Defendant - Appellant. | No. 12-15388<br><br>D.C. No. 3:10-cv-00257-JSW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| KAREN GOLINSKI,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT and JOHN BERRY, Director of the United | No. 12-15409<br><br>D.C. No. 3:10-cv-00257-JSW<br>Northern District of California,<br>San Francisco |

States Office of Personnel Management, in his official capacity,

   Defendants - Appellants,

and

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,

   Intervenor-Defendant.

  The parties are requested to file letter briefs of no more than 5 pages each addressing the appropriate disposition of this case in light of *United States v. Windsor*, No. 12-307, 2013 WL 3196928 (U.S. June 26, 2013). The letters should be filed no later than 14 days after this order.

         FOR THE COURT:

         MOLLY C. DWYER
         CLERK OF COURT

         By: Kwok Wong
         Deputy Clerk