## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN GOLINSKI,<br><br>　　　　　　　　Plaintiff-Appellee,<br><br>　　　　v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity,<br><br>　　　　　　　　Defendants-Appellants,<br><br>and<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>　　　　　　　　Intervenor-Defendant-Appellant. | Nos. 12-15388, 12-15409 |

### STIPULATION FOR VOLUNTARY DISMISSAL OF APPEALS

By Order of July 11, 2013, this Court requested that the parties file letter briefs "addressing the appropriate disposition of this case in light of *United States* v. *Windsor*, __ U.S. __, No. 12-307, 2013 WL 3196928 (U.S. June 26, 2013)." Because the parties all agree that dismissal is the appropriate disposition of the consolidated appeals in Nos. 12-15388 and 12-15409 in light of the Supreme Court's decision in *Windsor*, the parties hereby stipulate, in accordance with Fed. R. App. P. 42(b), that the above-captioned appeals shall be dismissed. The parties shall bear their own costs.

Respectfully submitted,

/s/ Tara L. Borelli
TARA L. BORELLI
JON DAVIDSON
Counsel for Plaintiff-Appellee
(213) 382-7600
   *Lambda Legal Defense and Education Fund*
   *3325 Wilshire Blvd., Suite 1300*
   *Los Angeles, CA 90010*


/s/ Michael Jay Singer
MICHAEL JAY SINGER
HELEN L. GILBERT
Counsel for Defendants-Appellants
(202) 514-5432
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., N.W., Rm. 7266*
   *Washington, D.C.  20530*

PAUL D. CLEMENT
/s/ H. Christopher Bartolomucci
H. CHRISTOPHER BARTOLOMUCCI
Counsel for Intervenor-Defendant-Appellant
(202) 234-0090
   *Bancroft PLLC*
   *1919 M Street, NW, Suite 470*
   *Washington, D.C.  20036*

JULY 2013

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2013, the undersigned attorney – with the consent of all parties to this stipulation – electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Michael Jay Singer*
MICHAEL JAY SINGER